NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INVENTIO AG,**
*Plaintiff-Appellant,*

v.

**OTIS ELEVATOR COMPANY,**
*Defendant-Cross Appellant.*

---

2011-1615, 2012-1108

---

Appeals from the United States District Court for the Southern District of New York in case no. 06-CV-5377, Judge Colleen McMahon.

---

**ON MOTION**

---

**ORDER**

The court treats the parties' letters concerning whether to deactivate these appeals as a motion to deactivate and responses to that motion.

It appears from the district court's docket sheet in any event that the matter is now concluded in the district court. Thus, no deactivation is required at this time.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

DEC 2 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joseph R. Re, Esq.
    Andrew C. Baak, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 2 2011

JAN HORBALY
CLERK